**106**

476 P.2d 504

**Gene BAKER, Petitioner,**

v.

**The Honorable James M. SCARBOROUGH, District Judge, First Judicial District, Santa Fe County, New Mexico, Respondent.**

No. 9161.

Supreme Court of New Mexico.

Nov. 12, 1970.

Original Prohibition Proceeding

Ordered that petition for writ of prohibition be and the same is hereby denied.

476 P.2d 504

**STATE of New Mexico ex rel. William HIGGS and Wilfredo Sedillo, Petitioners,**

v.

**Ernestine EVANS, Secretary of State and Member of the State Canvassing Board; David Cargo, Governor and Member of the State Canvassing Board; J. C. Comptny, Chief Justice of the Supreme Court and Member of the State Canvassing Board; and The State Canvassing Board, Respondents.**

No. 9164.

Supreme Court of New Mexico.

Nov. 13, 1970.

Original Mandamus, Prohibition
and Declaratory Judgment
Proceeding

This matter coming on for consideration by the Court upon verified petition for Writs of Mandamus, Prohibition and for Declaratory Judgment, and the Court having considered said petition, William Higgs appearing pro se, Wilfredo Sedillo, appearing pro se, and Ray Shollenbarger, Asst. Atty. Gen., appearing on behalf of Respondents.

TACKETT, Justice and SPIESS, Chief Judge and WOOD, Judge, Court of Appeals, concurring; COMPTON, Chief Justice, WATSON, SISK and McKENNA, Justices having recused themselves;

Ordered that petition for writs of Mandamus, Prohibition and for Declaratory Judgment, be and the same is hereby denied.

476 P.2d 504

**Leonard MARTINEZ, Petitioner,**

v.

**JAILER OF the MUNICIPAL JAIL OF the CITY OF SANTA FE, Respondent.**

No. 9163.

Supreme Court of New Mexico.

Nov. 13, 1970.

Original Habeas Corpus Proceeding

Ordered that Petition for Writ of Habeas Corpus be and the same is hereby denied.